# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

Jun GAO

          Plaintiff,

v.

Michael Chertoff, Secretary of the
Department of Homeland Security;
Emilio T. Gonzalez, Director,
U.S. Citizenship and Immigration Services;
Christina Poulos, Director,
California Service Center, U.S.C.I.S.;
Robert S. Mueller,
Director of Federal Bureau of Investigation

          Defendants.

No.: C 06-7879 MMC

STIPULATION TO RESET CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER

Date: April 27, 2007
Time: 9:00 a.m.
Court Room: 7, 19th floor

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Case Management Conference(CMC) is presently scheduled for April 20, 2007; and a hearing on a motion to dismiss with the Court is presently scheduled for April 27, 2007.

2. In the interest of conserving judicial resources, the parties respectfully request that the Court reset the CMC to the same time as hearing on April 27, 2007 at 9:00 a.m. The Case Management Statement (CMS) will be filed 7 days before CMC on April 20, 2007.

Date: March 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: March 13, 2007

JUSTIN K. WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED, with the exception that the April 20, 2007 case management conference is hereby CONTINUED to May 25, 2007 at 10:30 a.m. The parties shall file a joint case management statement no later than May 18, 2007.

Date: March 14, 2007

MAXINE M. CHESNEY
United States District Judge