IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN GAO,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>    Defendants.<br>_____ / | No. C-06-7879 MMC<br><br>**ORDER DENYING MOTION TO DISMISS; VACATING HEARING**<br><br>(Docket No. 5) |

      Before the Court is defendants' motion to dismiss the instant action for lack of subject matter jurisdiction and failure to state a claim, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff Jun Gao ("Gao) has filed opposition to the motion; defendants have filed a reply. Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), hereby VACATES the April 27, 2007 hearing, and rules as follows:

      For the reasons set forth in plaintiff's opposition, the motion to dismiss is hereby DENIED.

      This order terminates Docket No. 5.

      **IT IS SO ORDERED.**

Dated: April 23, 2007

                                                 MAXINE M. CHESNEY<br>
                                                 United States District Judge