1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12  JUN GAO,                           )
                                       ) No. C 06-7879 MMC
13              Plaintiff,             )
                                       )
14        v.                           )
                                       ) **PARTIES' JOINT REQUEST TO BE**
15  MICHAEL CHERTOFF, Secretary of the ) **EXEMPT FROM FORMAL ADR**
    Department of Homeland Security;   ) **PROCESS; ORDER THEREON**
16  EMILIO T. GONZALEZ, Director,      )
    U.S. Citizenship and Immigration Services; )
17  CHRISTINA POULOS, Director,        )
    California Service Center, U.S.C.I.S.; )
18  ROBERT S. MUELLER, Director        )
    of Federal Bureau of Investigation, )
19                                     )
                Defendants.            )
20  _____)

21       Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

22  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

23  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

24  options provided by the court and private entities, and considered whether this case might benefit

25  from any of them.  Here, the parties agree that referral to a formal ADR process will not be

26  beneficial because this mandamus action is limited to Plaintiff's request that this Court compel

27  Defendants to act more expeditiously and adjudicate the application for adjustment of status.

28  USCIS has already requested that the FBI expedite the name check so that the application may be

Motion to Dismiss
C06-7879 MMC                                   1

1  processed as soon as possible. Given the substance of the action and the lack of any potential
2  middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court
3  resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed
4  from the ADR Multi-Option Program and that they be excused from participating in the ADR
5  phone conference and any further formal ADR process.

7  Dated: May 2, 2007                    Respectfully submitted,
8                                         SCOTT N. SCHOOLS
                                          United States Attorney

10                                              /s/
                                          ILA C. DEISS
11                                        Assistant United States Attorney
                                          Attorneys for Defendants

13  Dated: May 2, 2007                          /s/
14                                        JUSTIN WANG
                                          Attorney for Plaintiff

17                                    **ORDER**

18    Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR
19  Multi-Option Program and are excused from participating in the ADR phone conference and any
20  further formal ADR process.
21  **SO ORDERED.**

23  Dated:  May 4, 2007
24                                        MAXINE M. CHESNEY
                                          United States District Judge