UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUN GAO ) | No.: C 06-7879 MMC |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION OF RESCHEDULING |
| ) | HEARING FOR MOTION FOR SUMMARY |
| ) | JUDGMENT and CASE MANAGEMENT |
| ) | CONFERENCE; |
| v. ) | [PROPOSED] ORDER |
| ) | |
| *Michael Chertoff*, Secretary of the ) | |
| Department of Homeland Security; ) | |
| *Emilio T. Gonzalez*, Director, ) | Date: June 8, 2007 |
| U.S. Citizenship and Immigration Services; ) | Time: 9:00 a.m. |
| *Christina Poulos*, Director, ) | Court Room: 7, 19th floor |
| California Service Center, U.S.C.I.S.; ) | |
| *Robert S. Mueller,* ) | |
| Director of Federal Bureau of Investigation ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Case Management Conference(CMC) is presently scheduled for May 25, 2007; and the Plaintiff has filed the Motion for Summary Judgment on April 30, 2007 and set the motion hearing date on June 8, 2007.

2. In the interest of conserving judicial resources, the parties respectfully request that the Court reschedule the CMC and motion hearing at the same time on **June 8, 2007 at 9:00 a.m.** at Courtroom 7,

19th floor. The Case Management Statement (CMS) will be filed 7 days before CMC on June 1, 2007.

Date: May 15, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: May 15, 2007

JUSTIN X. WANG
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED, with the exception that the case management conference is hereby CONTINUED from May 25, 2007 to June 22, 2007 at 10:30 a.m. The parties shall file a joint case management statement no later than June 15, 2007.

Date: May 16, 2007

MAXINE M. CHESNEY
United States District Judge